## Rose Kaiser, Appellee, v. Paul Kaiser, Appellant.
### Gen. No. 41,623.

opinion filed May 19, 1941. Charles S. Harvey, for appellant; George A. Risler, for appellee. Opinion by PRESIDING JUSTICE O'CONNOR. ''Not to be published in full.''